Dismissed and Memorandum Opinion filed October 14, 2004









Dismissed and Memorandum Opinion filed October 14,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00824-CR

____________

 

RAYMOND
CLIFTON SMITH, II, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
209th District Court

Harris County, Texas

Trial Court Cause No. 934,303

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of sexual
assault of a child.  In accordance with
the terms of a plea bargain agreement with the State, the trial court sentenced
appellant on August 3, 2004, to confinement for five years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 14, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.

Do Not Publish C Tex. R. App.
P. 47.2(b).